UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS HERRERA,

                Petitioner,

- *against* -

THOMAS GRIFFIN,

                Respondent.

17 Civ. 5923 (KMK) (AEK)

**ORDER**

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Petitioner has filed an application for an evidentiary hearing in connection with his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 26.

      The Court is aware of this petition and is actively working to address the large number of pending petitions and other motions that have been fully submitted to the Court. The Court recognizes that this petition has been pending for some time, and will address it as expeditiously as possible, but it is still going to take time given the volume of other matters (including numerous old matters) on the Court's docket.

      At this time, the Court does not consider an evidentiary hearing in this matter to be warranted. Accordingly, Petitioner's application is **denied without prejudice**.

      The Clerk of Court is directed to mail a copy of this order to the *pro se* Petitioner.

Dated:  October 22, 2025
         White Plains, New York

                                          **SO ORDERED.**

                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge