UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS HERRERA,

                Petitioner,

  - *against* -

THOMAS GRIFFIN,

                Respondent.

17 Civ. 5923 (KMK) (AEK)

**ORDER**

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Petitioner has filed an amended application for an evidentiary hearing in connection with his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  ECF No. 28.  For the reasons stated in the Court's order with respect to the original application, *see* ECF No. 27, Petitioner's amended application is **denied without prejudice**.

      The Clerk of Court is directed to mail a copy of this order to the *pro se* Petitioner.

Dated: October 27, 2025
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge